1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Telephone: (661) 616-2141
   Facsimile: (661) 322-7675
4

5  Attorney for the Defendant
   Donald Beverly Landry

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00176-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| DONALD BEVERLY LANDRY, | |
| Defendants. | DATE: October 18, 2018<br>TIME: 2:30 p.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, Donald Beverly Landry, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on September 14, 2018 at 2:30 p.m.

2. By this stipulation, defendants now move to continue the status conference until **October 18, 2018 at 2:30 p.m.** before Judge Thurston, and to exclude time between the date of this stipulation and October 4, 2018 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for defendant desires additional time in preparation of this case. Defense counsel needs additional time to conduct further investigation, continue to review the discovery, communicate with client, and have settlement negotiations with the government. Thus, the requested continuance will conserve time and resources for the parties and the Court.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to, and agrees with, the requested continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to October 18, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 4, 2018

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
HAZEL TURNER

DATED: September 4, 2018

/s/Brian K. Delaney
BRIAN K. DELANEY
Assistant United States Attorney

**ORDER**

Based upon the stipulation of counsel, the Court ORDERS:

1. The status conference is CONTINUED to October 18, 2018 at 2:30 p.m.

2. The time period of the date of this order to October 18, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 5, 2018**            /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE